IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**POOLE REALTY, INC.**                                            **PLAINTIFF**

**V.**                                            **CAUSE NO. 3:06CV371HTW-JCS**

**KEEGAN HOMEBUILDERS INC.**                              **DEFENDANT**

## ORDER

This matter is before the Court on Defendant Keegan Homebuilders Inc.'s motion to transfer venue to the United States District Court for the Northern District of Florida, Pensacola Division. Plaintiff Poole Realty, Inc. has informed the Court that it has no objection to the motion. Accordingly, Court concludes that the motion to transfer venue should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED, that this matter is transferred to the United States District Court for the Northern District of Florida, Pensacola Division. Each party shall bear its own costs.

SO ORDERED, this the 30th day of August, 2007.

s/ HENRY T. WINGATE
CHIEF UNITED STATES DISTRICT JUDGE